THE ÆTNA CASUALTY AND SURETY COMPANY, Appellant, *v.* FLEISCHMAN WINE AND LIQUOR CO., INC., Respondent.

(Argued November 18, 1935; decided January 7, 1936.)

*Jeremiah T. Mahoney* and *John E. McAniff* for appellant.

*Edward Alan Shure* and *Isidore Mesibov* for respondent.

Order of the Appellate Division and that of the Special Term reversed, with costs to appellant in all courts, and the motion granted on authority of *Continental Casualty Co.* v. *National Slovak Sokol, Inc.* (269 N. Y. 283). First and fourth questions certified answered in the negative. Fifth question certified answered in the affirmative. Second and third questions certified not answered. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and FINCH, JJ. Dissenting: LEHMAN, CROUCH and LOUGHRAN, JJ.